UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARLAND E. WILLIAMS | CIVIL ACTION |
| VERSUS | NO: 20-171 |
| UNITED STATES OF AMERICA | SECTION: "A" (1) |

**ORDER**

The plaintiff, Garland E. Williams, filed this action pro se against the defendant, the United States of America. The action purports to be brought against the United States pursuant to the Federal Tort Claims Act ("FTCA") although aspects of the complaint appear to be based on the United States having filed a motion to dismiss in civil action 19-11427.[1] Otherwise, the factual basis for the lawsuit against the United States is not ascertainable from the complaint. Williams is a frequent filer; he has filed at least 12 lawsuits in this district and 7 of those cases are before this Court. Williams' proclivity for frivolous litigation has not been limited to this district.[2]

The civil action sub judice, 20-171, is likewise legally frivolous. The plaintiff was granted leave to proceed as a pauper on January 21, 2020 pursuant to 28 U.S.C. § 1915(a). (Rec. Doc. 4). 28 U.S.C. § 1915(e)(2)(B) provides for summary dismissal of a pauper complaint *sua sponte* should the Court determine that the case is legally frivolous or fails to state a claim upon which relief may be

---

[1] Via a separate order, civil action 19-11427 has been dismissed for lack of jurisdiction. The Court also concluded that the complaint was legally frivolous.

[2] The Court incorporates by reference the order entered in the related civil action 19-11427 dismissing that case for lack of jurisdiction.

1

granted. *Id.* § 1915(e)(2)(B)(i), (ii). The Court has reviewed the complaint filed in this case and it presents no factual or legal basis whatsoever for a claim against the United States. The complaint is both legally frivolous and it fails to state a claim for which relief may be granted.

Accordingly;

**IT IS ORDERED** that the complaint in this matter is **DISMISSED.**

October 30, 2020

_____
Judge Jay C. Zainey
Eastern District of Louisiana